Carroll M. Lawson SBN 048170
Law Offices of Carroll Lawson
1801 Orange Tree Lane, Suite 240
Redlands, California 92374
T: 909-307-2645
F:909-307-8035

Attorney for Plaintiffs

# THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

ED CV 10 - 01361 VAP (OPx)

Henry, Michelle, Elisha, James, and Monique Moreno; and Timothy, Kelli, Elizabeth, and Gabriel Byrd

      Plaintiff,

      vs.

County of San Bernardino; San Bernardino County Child Protective Services; and Does 1-10 Inclusive

      Defendant

Case No.:

CIVIL RIGHTS COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF, AND DAMAGES PURSUANT TO U.S. Const. Amend. I; 42 U.S.C. § 1983; and Cal. Const. art. I, § 4

Plaintiff alleges:

### General Allegations

1. At all relevant times, Plaintiffs have been, and are now, residents of 1521 Latham Street, Colton, San Bernardino County, California. They are members of His Way Spirit Led Assemblies and they believe in the doctrines of that religion and desire to freely exercise their faith in that religion or as the case may be.

2. At all relevant times, Defendant, County of San Bernardino has been, and is now, a governmental entity. The actions described below on the part of Defendant and the other Defendants constitute "state action" as that term is been defined by relevant case law.

3. At all relevant times, Defendant, San Bernardino County Child Protective Services has been, and is now, an agency of defendant County of San Bernardino vested with authority to control, manage, and administer services for the protection of children within and about the City of Colton, which is a city located within the County of San Bernardino.



4. The acts that are the subject of this complaint all occurred within Colton, County of San Bernardino, California.

5. Plaintiff is not presently aware of the true names, identities or capacities of the Defendants DOES 1 through 10 inclusive. Plaintiff therefore sues those Defendants under their fictitious names. Plaintiff will amend this complaint on learning the true names, identities, or capacities of these Defendants.

6. At all relevant times, each of the Defendants has been, and is now, the agent or employee of the remaining Defendants, and each was acting within the course and scope of such agency or employment.

7. Defendants have a grievance process which Plaintiffs have exhausted with the filing and subsequent denial of their claims through the County of San Bernardino Claims process.

8. This action arises under the United States Constitution, Amendment I; Federal statute 42 U.S.C. § 1983; and the court's supplemental jurisdiction, 28 U.S.C. §1367, as it relates to Cal. Const. art. I, § 4.

FIRST CAUSE OF ACTION
(Violation of Federal "Free Exercise Clause")

9. The allegations set forth above in paragraphs 1 through 9 inclusive, are incorporated into this cause of action by reference as if set forth in full.

10. On Wednesday January 20, 2010, On Wednesday January 20th, police officers raided the homes of Plaintiffs residing at 1521 Latham Street in Colton California pursuant to a search warrant.

11. Child Protective Services, and accompanying police officers, proceeded to seize Plaintiffs children under the assumption that Plaintiffs were providing only spiritual care to their children in lieu of medical treatment.

12. This assumption was proven false on the night of the seizure as Child Protective Services and accompanying police officers simultaneously seized documents relating to the medical treatment of the children and subsequently these documents were seized as evidence.

13. At all times, Plaintiffs were acting in a manner that complies with California Statutes relating to child welfare and safety. To plaintiffs' knowledge, their conduct was within their religious rights and their substantive due process rights to raise their children as they see fit.

14. Defendants' actions as described above interfered with plaintiffs' free exercise of religion in violation of the First Amendment to the United States Constitution, in that CPS and the

accompanying officers raided the homes of the Moreno and Byrd Families and seized the children of these families without legal or factual justification. The government agents erroneously acted on the assumption that the children were not being provided medical treatment. They were in fact being provided with medical treatment. Even though that erroneous factual allegation was specifically disproven with physical evidence, the government agents proceeded to seize the children based on the unlawful and unconstitutional premise that spiritual treatment and the religious beliefs of these families provided them with sufficient justification.

15. Even though Plaintiffs repeatedly informed Defendants that the children were provided medical treatment, the children continued to be withheld. Plaintiffs were continually derided and were told that denouncing their sincerely held beliefs would get them their children back.

16. Plaintiffs were subjected to the on-going ridicule of Defendants and Defendants employees who openly mocked Plaintiffs when they expressed their sincerely held beliefs.

17. If defendants are not restrained and enjoined from their course of conduct, the interference will continue indefinitely.

18. WHEREFORE, Plaintiff prays for relief as set forth below.


SECOND CAUSE OF ACTION
(Violation of Cal. Const. art. I, § 4)

19. The allegations set forth in paragraphs 1 through 18 inclusive are incorporated into this cause of action by reference as if set forth in full.

20. Defendants' actions as described above interfered with Plaintiffs' free exercise of religion in violation of Cal. Const. art. I, § 4, in that Defendants violated California's no preference clause when they seized the children without justification and proceeded to tell Plaintiffs that if they renounced their beliefs their children would be returned to their respective families.

21. If defendants are not restrained and enjoined from their course of conduct, the interference will continue indefinitely.

WHEREFORE, Plaintiff prays for relief as set forth below.
///
///
///
///
///
///

## THIRD CAUSE OF ACTION
(Violation of Federally Protected Rights under 42 U.S.C. § 1983)

22. The allegations set forth in paragraphs 1 through 21 inclusive, are incorporated into this cause of action by reference as if set forth in full.

23. Defendants, while acting under the color of state law, deprived Plaintiffs of their right to freely exercise their religion, a right protected by Federal law, in that Defendants seized the children on the false assumption that no medical treatment was being provided, which violates the religious rights of Plaintiffs to exercise their right to provide their children with spiritual treatment and their substantive due process rights to rear their children as they see fit. Defendants violated the rights of Plaintiffs to exercise their religion, a right protected by Federal law, in that Defendants told Plaintiffs that renouncing their spiritual beliefs would allow their children to be returned.

24. As a direct and proximate cause of Defendants' actions, Plaintiff has suffered extreme embarrassment and humiliation, and emotional distress, accompanied by various physical symptoms, including but not limited to sleeplessness, nervousness, and extreme anxiety.

25. Plaintiff has also suffered damages in excess of the minimum established for this court. Plaintiff's damages are uncertain at this time, and Plaintiff will amend this complaint to state her damages with particularity once they are known.

26. WHEREFORE, Plaintiff prays for relief as set forth below.


## FOURTH CAUSE OF ACTION
(Declaratory Relief)

27. The allegations set forth above in paragraphs 1 through 26 inclusive, are incorporated into this cause of action by reference as if set forth in full.

28. An actual controversy now exists between the parties, in that Plaintiffs contend that Defendants' actions violate their right to freely exercise Plaintiffs' religion, which is protected by the U.S. Const. Amend. I and by Cal. Const. art. I, § 4.

WHEREFORE, Plaintiff prays for relief as follows:

1. For a declaration of rights, declaring that Defendants' regulations justifying their seizure of children on the basis that spiritual treatment is abuse violates the free exercise clause of the First Amendment to the United States Constitution and Cal. Const. art. I, § 4.

2. For an injunction barring Defendants from enforcing their regulations prohibiting Plaintiff from providing spiritual treatment for their children.

3. For an award of actual damages sufficient to compensate Plaintiffs for the injuries they have suffered;

4. For an award of special damages including, but not limited to medical damages and lost wages, sought in an amount yet to be ascertained;

5. For an award of punitive damages to punish and deter Defendants from such future conduct, sought in an amount yet to be ascertained;

6. For an award of costs, including attorney's fees pursuant to Code Civ. Proc. § 1021.5 and 42 U.S.C. §§ 1983 and 1988; and

7. For such other and further relief as the court finds proper.

Dated this ___9-8-10___

CARROLL M. LAWSON

Name & Address: Law Offices of Carroll Lawson

Carroll M. Lawson SBN 048170
1801 Orange Tree Lane, Suite 240
Redlands, California 92374
T: 909-307-2645 F: 909-307-8035
Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Henry, Michelle, Elisha, James, and Monique Moreno; and Timothy, Kelli, Elizabeth, and Gabriel Byrd<br><br>PLAINTIFF(S)<br><br>v.<br><br>County of San Bernardino; San Bernardino County Child Protective Services; and Does 1-10 Inclusive<br><br>DEFENDANT(S) | CASE NUMBER<br><br>ED CV 10 - 01361 VAP (OPx)<br><br>SUMMONS |

TO:    DEFENDANT(S): County of San Bernardino; San Bernardino Child Protective Services; and DOES 1-50 Inclusive

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Carroll M. Lawson whose address is 1801 Orange Tree Lane, Suite 240, Redlands, California 92374 . If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

TERRY NAFISI

Clerk, U.S. District Court

Dated: SEP -9 2010

By: L. MURRAY
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

FOR OFFICE USE ONLY

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself □) | DEFENDANTS |
|---|---|
| Henry, Michelle, Elisha, James, and Monique Moreno; and Timothy, Kellli, Elizabeth, and Gabriel Byrd | County of San Bernardino; San Bernardino County Child Protective Services; and Does 1-50 Inclusive |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Law Offices of Carroll Lawson, Carroll M. Lawson SBN 048170 1801 Orange Tree Lane, Suite 240, Redlands, California 909-307-2645 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- □ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question (U.S. Government Not a Party)
- □ 2 U.S. Government Defendant
- □ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | □ 1 | Incorporated or Principal Place of Business in this State | □ 4 | ☑ 4 |
| Citizen of Another State | □ 2 | □ 2 | Incorporated and Principal Place of Business in Another State | □ 5 | □ 5 |
| Citizen or Subject of a Foreign Country | □ 3 | □ 3 | Foreign Nation | □ 6 | □ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☑ 1 Original Proceeding
- □ 2 Removed from State Court
- □ 3 Remanded from Appellate Court
- □ 4 Reinstated or Reopened
- □ 5 Transferred from another district (specify):
- □ 6 Multi-District Litigation
- □ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** □ Yes ☑ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** □ Yes ☑ No   ☑ MONEY DEMANDED IN COMPLAINT: $ Amount to be Ascertained

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

42 U.S.C. §1983 ; U.S. Const. Amend I

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| □ 400 State Reapportionment | □ 110 Insurance | □ 310 Airplane | | □ 510 Motions to Vacate Sentence Habeas Corpus | □ 710 Fair Labor Standards Act |
| □ 410 Antitrust | □ 120 Marine | □ 315 Airplane Product Liability | □ 370 Other Fraud | | □ 720 Labor/Mgmt. Relations |
| □ 430 Banks and Banking | □ 130 Miller Act | □ 320 Assault, Libel & Slander | □ 371 Truth in Lending | □ 530 General | □ 730 Labor/Mgmt. Reporting & Disclosure Act |
| □ 450 Commerce/ICC Rates/etc. | □ 140 Negotiable Instrument | □ 330 Fed. Employers' Liability | □ 380 Other Personal Property Damage | □ 535 Death Penalty | |
| □ 460 Deportation | □ 150 Recovery of Overpayment & Enforcement of Judgment | □ 340 Marine | □ 385 Property Damage Product Liability | □ 540 Mandamus/ Other | □ 740 Railway Labor Act |
| □ 470 Racketeer Influenced and Corrupt Organizations | | □ 345 Marine Product Liability | BANKRUPTCY | □ 550 Civil Rights | □ 790 Other Labor Litigation |
| □ 480 Consumer Credit | □ 151 Medicare Act | □ 350 Motor Vehicle | □ 422 Appeal 28 USC 158 | □ 555 Prison Condition | □ 791 Empl. Ret. Inc. Security Act |
| □ 490 Cable/Sat TV | □ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | □ 355 Motor Vehicle Product Liability | □ 423 Withdrawal 28 USC 157 | FORFEITURE/ PENALTY | PROPERTY RIGHTS |
| □ 810 Selective Service | | □ 360 Other Personal Injury | CIVIL RIGHTS | □ 610 Agriculture | □ 820 Copyrights |
| □ 850 Securities/Commodities/ Exchange | □ 153 Recovery of Overpayment of Veteran's Benefits | □ 362 Personal Injury-Med Malpractice | □ 441 Voting | □ 620 Other Food & Drug | □ 830 Patent |
| □ 875 Customer Challenge 12 USC 3410 | □ 160 Stockholders' Suits | □ 365 Personal Injury-Product Liability | □ 442 Employment | □ 625 Drug Related Seizure of Property 21 USC 881 | □ 840 Trademark |
| □ 890 Other Statutory Actions | □ 190 Other Contract | □ 368 Asbestos Personal Injury Product Liability | □ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| □ 891 Agricultural Act | □ 195 Contract Product Liability | | □ 444 Welfare | □ 630 Liquor Laws | □ 861 HIA (1395ff) |
| □ 892 Economic Stabilization Act | □ 196 Franchise | | □ 445 American with Disabilities - Employment | □ 640 R.R. & Truck | □ 862 Black Lung (923) |
| □ 893 Environmental Matters | REAL PROPERTY | REAL PROPERTY | | □ 650 Airline Regs | □ 863 DIWC/DIWW (405(g)) |
| □ 894 Energy Allocation Act | □ 210 Land Condemnation | IMMIGRATION | □ 446 American with Disabilities - Other | □ 660 Occupational Safety /Health | □ 864 SSID Title XVI |
| □ 895 Freedom of Info. Act | □ 220 Foreclosure | □ 462 Naturalization Application | | □ 690 Other | □ 865 RSI (405(g)) |
| □ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | □ 230 Rent Lease & Ejectment | □ 463 Habeas Corpus-Alien Detainee | ☑ 440 Other Civil Rights | | FEDERAL TAX SUITS |
| | □ 240 Torts to Land | | | | □ 870 Taxes (U.S. Plaintiff or Defendant) |
| □ 950 Constitutionality of State Statutes | □ 245 Tort Product Liability □ 290 All Other Real Property | □ 465 Other Immigration Actions | | | □ 871 IRS-Third Party 26 USC 7609 |

ED CV 10 - 01361 VAP (OPx)

**FOR OFFICE USE ONLY:** Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                CIVIL COVER SHEET                Page 1 of 2

SEP - 9 2010                ORIGINAL

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No  ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
   ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
   ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
   ☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☑  Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| San Bernardino | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☑  Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| San Bernardino | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
   **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| San Bernardino | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved _____.

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _Carroll M Lawson_  Date _9-8-10_

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Virginia A. Phillips and the assigned discovery Magistrate Judge is Oswald Parada.

The case number on all documents filed with the Court should read as follows:

## EDCV10- 1361 VAP (OPx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===============================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] Western Division | [ ] Southern Division | [X] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)          NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Law Offices of Carroll Lawson
Carroll M. Lawson SBN 048170
1801 Orange Tree Lane, Suite 240
Redlands, California 92374
T: 909-307-2645  F: 909-307-8035

ATTORNEYS FOR: PLAINTIFFS

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Henry, Michelle, Elisha, James, and Monique Moreno; and Timothy, Kellli, Elizabeth, and Gabriel Byrd <br><br> v. <br><br> County of San Bernardino; San Bernardino County Child Protective Services; and Does 1-10 Inclusive <br> Defendant(s) | CASE NUMBER: <br><br> ED CV 10 - 01361 VAP(OPx) <br><br> CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |

TO:    THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for PLAINTIFFS
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.  (Use additional sheet if necessary.)

|              PARTY               |              CONNECTION              |
|----------------------------------|--------------------------------------|
| (List the names of all such parties and identify their connection and interest.) ||
| CITY OF COLTON POLICE DEPARTMENT | Officers involved in seizure of religious objects and children. |

___9-8-10___
Date

_Carroll M. Lawson_
Sign

_____
Attorney of record for or party appearing in pro per