RAYMOND F. DOLEN
ORROCK, POPKA, FORTINO & BRISLIN
1533 Spruce Street, Suite 100
Riverside, CA 92507


Attorneys for Defendant:
COUNTY OF SAN BERNARDINO

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY MORENO et al.<br><br>Plaintiff(s)<br><br>v.<br><br>COUNTY OF SAN BERNARDINO et al.<br><br>Defendant(s). | CASE NUMBER<br><br>EDCV 10-1361 ODW (OPx)<br><br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

COUNTY OF SAN BERNARDINO ☐ Plaintiff ☑ Defendant ☐ Other _____
Name of Party

hereby request the Court approve the substitution of _____ ORROCK, POPKA, FORTINO & BRISLIN _____
New Attorney

as attorney of record in place and stead of BRUNICK, McELHANEY, BECKETT, DOLEN & KENNEDY
Present Attorney

Dated October 7, 2011 _____        _____
                                            Signature of Party/Authorized Representative of Party

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated October 7, 2011 _____        _____
                                            Signature of Present Attorney

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated October 7, 2011 _____        _____
                                            Signature of New Attorney

                                            _____130534_____
                                            State Bar Number

If party requesting to appear Pro Se:

Dated _____        _____
                                            Signature of Requesting Party

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (03/06)            REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY