RAYMOND F. DOLEN
ORROCK, POPKA, FORTINO & BRISLIN
1533 Spruce Street, Suite 100
Riverside, CA  92507


Attorneys for Defendants:
COUNTY OF SAN BERNARDINO

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY MORENO et al.<br><br>Plaintiff(s)<br><br>v.<br><br>COUNTY OF SAN BERNARDINO et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>EDCV 10-1361 ODW (OPx)<br><br>ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

___COUNTY OF SAN BERNARDINO___    ☐ Plaintiff  ☑ Defendant  ☐ Other _____
<span style="padding-left:3em">*Name of Party*</span>

to substitute _____ORROCK, POPKA, FORTINO & BRISLIN_____ who is

☑ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

_____1533 Spruce Street, Suite 100_____
<span style="padding-left:3em">*Street Address*</span>

_____Riverside, CA  92507_____          _____RDolen@bow-law.com_____
<span style="padding-left:3em">*City, State, Zip*</span>                                        *E-Mail Address*

_____951-683-6014_____          _____951-683-0314_____          _____13054_____
<span style="padding-left:3em">*Telephone Number*</span>                  *Fax Number*                  *State Bar Number*

as attorney of record in place and stead of __BRUNICK, McELHANEY, BECKETT, DOLEN & KENNEDY__
<span style="padding-left:20em">*Present Attorney*</span>

**is hereby**    ☒ **GRANTED**    ☐ **DENIED**


Dated ___10-11-11___          _____
<span style="padding-left:15em">U. S. District Judge/~~U.S. Magistrate Judge~~</span>

**NOTICE TO COUNSEL** : IF Y OU ARE CURRENTLY ENRO LLED IN TH E O PTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YO UR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.