UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 10-01361 ODW (OPx) | Date | October 13, 2011 |
|---|---|---|---|
| Title | *Henry Moreno, et al. v. County of San Bernardino, et al.* | | |

Present: The Honorable Otis D. Wright II, United States District Judge

| Sheila English | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):** Order to Show Cause Re: Consolidation
Order DENYING Request for Continuance [29] [Filed 10/12/11]

   This case is related to Case No. ED CV 10-08189, which is also pending before this Court. In the instant case, the parties submitted a joint stipulation, in which they stated the following:

> There are 9 plaintiffs who sue the defendant COUNTY OF SAN BERNARDINO in this action. Those same 9 plaintiffs also sue the City of Colton in a related case, to wit, EDCV10-08189-0DW (Opx). All causes of action against the County and the City arise out of the same events which transpired in January 2010. The parties have coordinated all discovery in both cases and have agreed that the two cases should probably be consolidated, even for purposes of trial.

(Dkt. No. 29.) In light of this representation, the Court orders the parties to show cause in writing why this action should not be consolidated with Case No. ED CV 10-08189. The parties must file a response within ten (10) days of this Order. Additionally, the parties' request for a continuance of all remaining dates is **DENIED**. The Clerk shall serve this minute order on all parties to the action.

   **IT IS SO ORDERED.**

|  | ---- | : | 00 |
|---|---|---|---|
| | Initials of Preparer | SE | |