O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Moreno, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> County of San Bernardino, *et al.*, <br><br> Defendants. | Case No. EDCV 10-1361-ODW (OPx) <br><br> Order **DENYING** Motion to Withdraw [32] [Filed 10/19/11] |

On October 19, 2011, Judith E. Hoover ("Hoover") brought a Motion to withdraw as counsel for Plaintiffs, Henry Moreno, Michelle Moreno, Elisha Moreno, James Moreno, Monique Moreno, Timothy Byrd, Kelli Byrd, E.B., and G.B. (Dkt. No. 32.) After full consideration of the papers filed in support, the Court hereby **DENIES** the Motion without prejudice.

On October 26, 2001, the Court ordered that this case and Case No. ED CV 10-08189 be consolidated. In doing so, the Court indicated that within thirty days, "Plaintiffs shall file an amended complaint setting forth the claims against each defendant. If Plaintiffs fail to do so, the Court will dismiss all claims without prejudice." (Dkt. No. 34.)

1

Hoover indicates that lead counsel in this case has been diagnosed with cancer, has recently been undergoing chemotherapy, and has intermittent contact with Hoover in recent months. (Mot. at 3.) While Hoover maintains that her "withdrawal will not prejudice any party," (Mot at 4), if the Court permits Hoover to withdraw, Plaintiffs will likely be prejudiced as they may be without competent counsel to file an amended complaint as ordered by the Court. Such failure will result in dismissal of their claims. Accordingly, Hoover's Motion must be denied at this time. Upon filing of an amended complaint, however, Hoover may renew her motion to withdraw.

**IT IS SO ORDERED**.

October 31, 2011

_____
HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE