RAYMOND F. DOLEN SBN 130534
ORROCK POPKA FORTINO & BRISLIN
1533 Spruce St., Suite 100
Riverside, CA 92507
Ph: 951-683-6014
Fax: 951-683-0314
Rdolen@bow-law.com
File No: 12-206

Previously
JS - 6

Attorneys for Defendant,
COUNTY OF SAN BERNARDINO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY MORENO, et al., | CASE NO: EDCV 10-1361-ODW (OPx) |
| Plaintiffs, | Judge: Honorable Otis D. Wright II<br>Magistrate: Honorable Oswald Parada |
| v. | |
| COUNTY OF SAN BERNARDINO, et al., | **JUDGMENT**<br>**[Fed. R. Civ. P. 58(d)]** |
| Defendants. | |

-1-
JUDGMENT 5:10-CV-01361-ODW-OP

# **JUDGMENT**

The Court, having dismissed this entire action on November 29, 2011 (Dkt. No. 41) due to Plaintiffs' failure to file an amended complaint as ordered on October 26, 2011 (Dkt. No. 34), now enters judgment as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Plaintiffs, Henry Moreno, Michelle Moreno, Elisha Moreno, James Moreno, Monique Moreno, Timothy Byrd, Kelli Byrd, Elizabeth Byrd and Gabriel Byrd ("Plaintiffs"), and each of them, shall take nothing against defendant, County of San Bernardino;

2. Defendant, County of San Bernardino, is the prevailing party entitled to costs of suit from Plaintiffs pursuant to Local Rule 54-2.2; and

3. Defendant, County of San Bernardino, shall recover from plaintiffs costs of suit in the amount of $5,782.14, which shall be a joint and several obligation of all plaintiffs.

Dated: January 10, 2012

_____
JUDGE OF THE DISTRICT COURT