UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  **CASE CLOSED**

| Case No. | EDCV 10-1361-ODW (OPx) | Date | January 24, 2012 |
|---|---|---|---|
| Title | *Moreno v. City of Colton* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge |
|---|---|

| Sheila English | Not reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):** **Judgment**

      The Court, having dismissed this entire action on November 29, 2011 (Dkt. No. 41) due to Plaintiffs' failure to file an amended complaint as ordered on October 26, 2011 (Dkt. No. 34), now enters judgment as follows:

      1.    Plaintiffs, Henry Moreno, Michelle Moreno, Elisha Moreno, James Moreno, Monique Moreno, Timothy Byrd, Kelli Byrd, Elizabeth Byrd and Gabriel Byrd ("Plaintiffs"), and each of them, shall take nothing against defendants, City of Colton and Detective Heusterberg ("Defendants");

      2.    Defendants are the prevailing party entitled to costs of suit from Plaintiffs pursuant to Local Rule 54-2.2; and,

      3.    Defendants shall recover from Plaintiffs costs of suit in the amount of $8,753.16, which shall be a joint and several obligation of all plaintiffs.

IT IS SO ORDERED.

| | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |