*WHEN RECORDED MAIL TO:*
RAYMOND F. DOLEN   SBN 130534
ORROCK POPKA FORTINO TUCKER & DOLEN
1533 SPRUCE ST., STE 100
RIVERSIDE, CA 92507
951-683-6014

**FOR OFFICE USE ONLY**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY MORENO, et al. | CASE NUMBER: |
| PLAINTIFF(S),<br>v.<br>COUNTY OF SAN BERNARDINO, et al.<br><br>DEFENDANT(S). | CV EDCV 10-1361-ODW (OPx)<br><br>**ABSTRACT OF JUDGMENT/ORDER** |

I certify that in the above-entitled action and Court, Judgment/Order was entered on  01/31/2012

in favor of  defendant, COUNTY OF SAN BERNARDINO

whose address is  c/o OPFTD, 1533 Spruce St Ste 100, Riverside, CA 92507

and against  plaintiffs, HENRY & MICHELLE MORENO, and TIMOTHY & KELLI BYRD

whose last known address is  1521 Latham Street, Colton, CA 92324

for $ 0.00 _____ Principal, $ 0.00 _____ Interest, $ 5,642.89 _____ Costs,

and $ 0.00 _____ Attorney Fees.

ATTESTED this  31st  day of  August , 20 12.

Judgment debtor's driver's license no. and state; _____ (last 4 digits) [x] Unknown.

Judgment debtor's Social Security number; _____ (last 4 digits) [x] Unknown.

[x] No stay of enforcement ordered by Court

[ ] Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

Carroll M. Lawson Law Offices

1030 Nevada St. Ste 101

Redlands, CA 92374

SEP - 5 2012

CLERK, U.S. DISTRICT COURT

SHEA BOURGEOIS

Deputy Clerk

**NFPV**

1184

*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*

G-18 (03/12)      ABSTRACT OF JUDGMENT/ORDER      CCD-G18

**COPY**